> Dismissal with prejudice acknowledged [25].
>
> *Matthew P. Brookman*
> Matthew P. Brookman, Judge
> United States District Court
> Southern District of Indiana
>
> Dated: March 25, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY, an individual, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| SHRI MANGALAMURTI INC., an Indiana Corporation, | ) ) ) ) |
| Defendant. | ) ) ) |

CASE NO.: 1:23-cv-1778-MPB-MKK

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss Defendant of all counts and claims asserted in this matter with prejudice and, except as agreed between the parties, each party to bear their own attorney's fees, costs, and expenses.

March 22, 2024

Respectfully submitted,                    Respectfully submitted,

*/s/ Louis I. Mussman*                     *Daniel J. Layden       .*
Louis I. Mussman, Esq.                     Daniel J. Layden #22443-79
Bar No. 597155                             600 North Emerson Avenue
Ku & Mussman, P.A.                         Post Office Box 405
18501 Pines Boulevard, Suite 209-A         Greenwood, Indiana 46142
Pembroke Pines, FL 33029                   Tel: (317) 888-1121
Tel: (305) 891-1322                        dlayden@wbwlawyers.com
Fax: (954) 686-3976
Louis@kumussman.com                        *Attorney for Defendant*

and

1